# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA [X] EEOC

Agency(ies) Charge No(s):

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Andrea Hudson | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |
| c/o Mohammed O. Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | | mbadwan@sulaimanlaw.com |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Rock Valley College Foundation | 15+ | 815-921-4756 |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 3301 North Mulford Road | Rockford, IL 61114-5640 | j.hamilton@rockvalleycollege.edu |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | 15+ | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11/6/2023    Latest: 03/04/2024
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Andrea Hudson (Biracial) was hired at Rock Valley College Foundation as a WEI Life Coach on or about November 6, 2023, until I was unlawfully terminated on or about March 4, 2024, on the basis of my race and color. I have also been subjected to race and color-based harassment and retaliation for engaging in protected activity.

The following is a non-exhaustive list of incidents of the race and color-based discrimination, race and color-based harassment, and retaliation I was subjected to:

My manager, Cierra, hired two of her friends (Bianca and Erica) before I was hired. All three of these employees would make racial remarks to me because I am half African American and Caucasian. Examples of the comments made are: "They look at you as if you're white" "You're a half" "You're not black enough" Erica told me that she's also half but she would only play her "white" card so she could keep moving up. I would tell Cierra that I felt offended and discriminated against by her comments but nothing would change.

On or about December 20, 2023, I filed complaint during my review meeting with my Manager Cierra stating I did not feel welcomed here due to my race. This report was sent to HR.

On or about January 31, 2024, I had meeting with Peter Hill (Dean) and Cierra (Manager) about my 90 day check in. I told Peter that I wanted to meet with him separately, not with Cierra, to file a complaint with him since nothing had happened after HR knew about my earlier complaint. Right after this meeting I was placed on a PIP which extended my 90 days to 120 days. This was the first time I had ever been placed on a PIP. On or about March 4, 2024, I was terminated.

Thus, I have been discriminated against and harassed because of my race and color and retaliated against for engaging in protected activity in violation of the Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

04 / 25 / 2024
Date

*signed* A. Hudson
Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Doc ID: 3108a5c974bde0faec13b5a49eba32105f4e6585

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Doc ID: 3108a5c974bde0faec13b5a49eba32105f4e6585



Audit trail

| | |
|---|---|
| Title | Andrea Hudson - Final Case Summary |
| File name | FINAL_EEOC_Charge_Andrea_Hudson.pdf |
| Document ID | 3108a5c974bde0faec13b5a49eba32105f4e6585 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT** — 04 / 25 / 2024 20:19:06 UTC
Sent for signature to Andrea Hudson (andreahudson28@comcast.net) from ljimenez@sulaimanlaw.com
IP: 75.58.28.105

**VIEWED** — 04 / 26 / 2024 00:11:09 UTC
Viewed by Andrea Hudson (andreahudson28@comcast.net)
IP: 172.59.189.226

**SIGNED** — 04 / 26 / 2024 00:13:13 UTC
Signed by Andrea Hudson (andreahudson28@comcast.net)
IP: 172.59.189.226

**COMPLETED** — 04 / 26 / 2024 00:13:13 UTC
The document has been completed.

Powered by Dropbox Sign